# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY ZAMORA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ANDREW M. SAUL, Commissioner of Social Security,<br><br>　　　　Defendant. | Case No. 1:18-cv-01515-BAM<br><br>ORDER REGARDING STIPULATION TO EXTEND TIME TO FILE OPENING BRIEF<br><br>(Doc. No. 12) |

　　Pursuant to the stipulation of the parties filed on June 19, 2019, and good cause appearing, IT IS HEREBY ORDERED that the deadline for Plaintiff to file an Opening Brief is extended to August 6, 2019. All other dates in the Court's Scheduling Order are extended accordingly.

IT IS SO ORDERED.

　　Dated: **June 20, 2019**　　　　　　　/s/ *Barbara A. McAuliffe*
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE