Monica Perales
Attorney at Law: 297739
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel: (562) 868-5886
Fax: (562) 868-5491
E-Mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
DANIEL BREWSTER

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL BREWSTER ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> Andrew Saul, ) <br> Commissioner of Social Security ) <br> ) <br> Defendant. ) <br> ) | Case No.: 1:18-cv-01515-BAM <br><br> ORDER EXTENDING BRIEFING SCHEDULE |

Based upon the stipulation of the parties, and for cause shown,

IT IS HEREBY ORDERED, that Plaintiff shall have a second extension of time, to and include September 30, 2019, in which to file Plaintiff's Opening Brief; and that all other deadlines set forth in the November 2, 2019 Case Management Order shall be extended accordingly.

IT IS SO ORDERED.

Dated: **August 8, 2019**         /s/ *Barbara A. McAuliffe*
                                     UNITED STATES MAGISTRATE JUDGE

-1-