Monica Perales
Attorney at Law: 297739
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel: (562)437-7006
Fax: (562)432-2935
E-Mail: rohlfing.office@rohlfinglaw.com
Attorneys for Plaintiff
DANIEL BREWSTER

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL BREWSTER | Case No.: 1:18-cv-01515-BAM |
| Plaintiff, | STIPULATION TO EXTEND TIME TO FILE OPENING BRIEF |
| v. | |
| ANDREW SAUL, | (THIRD REQUEST) |
| Commissioner of Social Security, | |
| Defendant. | |

Plaintiff Daniel Brewster and Defendant Andrew Saul, Commissioner of Social Security, through their undersigned attorneys, stipulate, subject to this court's approval, to extend the time by from September 30, 2019 to November 1, 2019, for Plaintiff to file an Opening Brief, with all other dates in the Court's scheduling order extended accordingly. This is Plaintiff's Third

///

///

-1-

request for an extension. This request is made at the request of Plaintiff's counsel to allow additional time to fully research the issues presented. As the Court is aware Counsel has been dealing with a high-risk pregnancy with multiple complications that has further resulted in unscheduled medical leave. This result has impacted a heavy briefing and hearing calendar. On June 2019, Counsel became ill resulting in a modified bed rest by her medical provider. In August 2019, Counsel was placed on restricted bed rest. On August 14, 2019, counsel underwent inducement four weeks prior to child's due date and is currently under postpartum care. In additional Counsel's premature child has fallen ill requiring 24-hour care due to low grade fever for the last week. Possible hospitalization will occur if fever rises or is not controlled.

DATE: September 30, 2019    Respectfully submitted,

LAWRENCE D. ROHLFING

/s/ *Monica Perales*

BY: _____
Monica Perales
Attorney for plaintiff Mr. Daniel Brewster

DATE:  September 30, 2019

MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel
Social Security Administration

//

//

-2-

//

//                                    /s/ *Carol S. Clark*
                    BY: _____
                         Carol S. Clark
                         Special Assistant United States Attorney
                         Attorneys for defendant Andrew Saul
                         Acting Commissioner of Social Security
                         |*authorized by e-mail|

## ORDER

Based upon the parties' stipulation, and for cause shown, IT IS HEREBY ORDERED that Plaintiff shall have a third extension of time to November 1, 2019, to file an Opening Brief. All other deadlines in the Court's Scheduling Order are extended accordingly. No further extensions of time will be granted absent a demonstrated showing of good cause.

IT IS SO ORDERED.

Dated:  **October 1, 2019**                    /s/ *Barbara A. McAuliffe*
                                               UNITED STATES MAGISTRATE JUDGE