Monica Perales
Attorney at Law: 297739
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel: (562)437-7006
Fax: (562)432-2935
E-Mail: rohlfing.office@rohlfinglaw.com
Attorneys for Plaintiff
DANIEL BREWSTER

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL BREWSTER | ) Case No.: 1:18-cv-01515-BAM |
| | ) |
| Plaintiff, | ) STIPULATION TO EXTEND TIME |
| v. | ) TO FILE OPENING BRIEF |
| | ) |
| ANDREW SAUL, | ) (FOURTH REQUEST) |
| Commissioner of Social Security, | ) |
| | ) |
| | ) |
| Defendant. | ) |
| | ) |

Plaintiff Daniel Brewster and Defendant Andrew Saul, Commissioner of

Social Security, through their undersigned attorneys, stipulate, subject to this

court's approval, to extend the time by from November 1, 2019 to November 5,

2019, for Plaintiff to file an Opening Brief, with all other dates in the Court's

scheduling order extended accordingly. This is Plaintiff's fourth request for an

extension. Pursuant to the Court's order good cause is required for further

extensions. As the Court is aware Counsel high-risk pregnancy resulted in a

premature child. Counsel's premature child went to the emergency room on

-1-

Monday due to fever of 102. Though child has stabilized, he continues to have fever requiring monitoring. Doctors believe the viral infections should pass within five to seven days. Today is day four. At the recommendation of Defense Counsel and belief that good cause exists, counsel seeks her final extension.

DATE: November 1, 2019          Respectfully submitted,

LAWRENCE D. ROHLFING

/s/ *Monica Perales*

BY: _____
Monica Perales
Attorney for plaintiff Mr. Daniel Brewster


DATE:  November 1. 2019

MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel
Social Security Administration


/s/ *Carol S. Clark*

BY: _____
Carol S. Clark
Special Assistant United States Attorney
Attorneys for defendant Andrew Saul
Acting Commissioner of Social Security
|*authorized by e-mail|

ORDER

    Based upon the parties' stipulation, and good cause appearing, Plaintiff shall have an extension of time to November 15, 2019, to file an Opening Brief.  All other deadlines in the Court's Scheduling Order are extended accordingly.
IT IS SO ORDERED.

Dated:  **November 1, 2019**          /s/ *Barbara A. McAuliffe*
                                   UNITED STATES MAGISTRATE JUDGE

-2-

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26